ALBANY,
June, 1832.

Bank of St.
Albans
v.
Knickerbacker

BANK OF ST. ALBANS *vs.* KNICKERBACKER and others.

Where the trial of a cause is put off by a defendant *on payment of costs*, a plaintiff cannot tax in his bill, as costs to be paid under such order, the expenses of obtaining, suing out, executing and returning a *commission* to take the testimony of foreign witnesses.

June 7.

MOTION for re-taxation of costs. At the last Rensselaer circuit, the trial of this cause was put off on the usual terms, on the application of the defendants, founded upon the non-attendance of a material witness, who had been subpœnaed. The plaintiffs charged in their bill all the costs of obtaining and suing out a *commission* to take the testimony of foreign witnesses, the interrogatories, depositions, and expenses of returning the commission. Those items were allowed by the taxing officer, although objected to by the defendants, who now appealed from the taxation.

*By the Court,* NELSON, J. It is the settled practice of the court, that the costs relating to a *commission* abide the final event of the cause, and are not chargeable as the costs of the circuit, which a defendant is bound to pay on putting off a trial. There must therefore be a re-taxation.